IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bednarek, Joyce Ann

Printed: 10/9/07

Case Number: 05 B 26669
Judge: Wedoff, Eugene R

Filed: 7/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 15, 2007
Confirmed: August 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 58,400.00 |  |
| Secured: |  | 48,277.32 |
| Unsecured: |  | 3,816.92 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,016.30 |
| Other Funds: |  | 589.46 |
| Totals: | 58,400.00 | 58,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Franklin Credit Management Corporation | Secured | 8,484.00 | 8,484.00 |
| 3. | America's Servicing Co | Secured | 29,458.44 | 29,458.44 |
| 4. | Major Financial Corp | Secured | 525.83 | 525.83 |
| 5. | Triad Financial Services | Secured | 9,355.91 | 5,906.62 |
| 6. | America's Servicing Co | Secured | 2,436.71 | 2,436.71 |
| 7. | American General Finance | Secured | 210.40 | 210.40 |
| 8. | Franklin Credit Management Corporation | Secured | 1,255.32 | 1,255.32 |
| 9. | Illinois Lending Corporation | Unsecured | 953.64 | 953.64 |
| 10. | Major Financial Corp | Unsecured | 1,683.53 | 1,683.53 |
| 11. | Premier Bankcard | Unsecured | 343.92 | 343.92 |
| 12. | Nicor Gas | Unsecured | 249.53 | 249.53 |
| 13. | Target National Bank | Unsecured | 300.32 | 300.32 |
| 14. | Premier Bankcard | Unsecured | 285.98 | 285.98 |
| 15. | GW Financial | Unsecured |  | No Claim Filed |
| 16. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 17. | Ten Minute Loan | Unsecured |  | No Claim Filed |
| 18. | First Bank | Unsecured |  | No Claim Filed |
| 19. | Pay Day Advance Cash To Go | Unsecured |  | No Claim Filed |
| 20. | GECC Services | Unsecured |  | No Claim Filed |
| 21. | Preferred Cash Loans | Unsecured |  | No Claim Filed |
| 22. | Swiss Colony | Unsecured |  | No Claim Filed |
| 23. | Zip Cash | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 58,243.53 | $ 54,794.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bednarek, Joyce Ann

Printed: 10/9/07

Case Number:  05 B 26669
Judge:  Wedoff, Eugene R
Filed:  7/5/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,595.01 |
| 5% | 418.76 |
| 4.8% | 807.56 |
| 5.4% | 194.97 |
|  | _____ |
|  | $ 3,016.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_